No. 5894.

RUDOLPH BEER vs. GEORGE DIRMEYER.

This is an appeal from the refusal to grant an injunction. Defendant has also joined in the appeal, praying for damages. As there has been no injunction granted, the defendant has no right to the twenty per cent damages which he claims in his answer to the appeal.

As the appeal is merely from an interlocutory order refusing to grant an injunction after hearing the rule *nisi*, the appellee has no right to ten per cent damages for a frivolous appeal.

APPEAL from the Sixth District Court, parish of Orleans. *Saucier*, J. *Buck & Dinkelspiel*, for plaintiff and appellant. *P. W. Kramer* and *Gabriel Fernandez*, for defendant and appellee.

WYLY, J. Plaintiff applied for an injunction to restrain the defendant from proceeding with the foreclosure of the mortgage note described in the petition, on the ground that defendant had given him an extension of time for paying the debt. The court granted a rule *nisi*, and, after hearing depositions on each side, refused to grant the injunction. Thereupon the plaintiff took this appeal. Defendant also joined in the appeal, praying for damages.

The evidence in the record in our opinion sustains the conclusion of the judge *a quo*.

As there has been no injunction granted, the defendant has no right to the twenty per cent damages which he claims in his answer to the appeal.

As the appeal is merely from an interlocutory order refusing to grant an injunction after hearing the rule *nisi*, the appellee has no right to ten per cent damages for frivolous appeal.

Judgment affirmed.